Reichard *vs.* Michinard.

## No. 7119.

### THE STATE VS. JEFFERSON DENIS.

Where the transcript does not shew that the prisoner pleaded, or was arraigned, the conviction will be set aside, and a new trial ordered.

APPEAL from the Superior Criminal Court of New Orleans. WHITAKER, J.

The Attorney-General and *Brice* for the State.    *Cutler* for Defendant.

MANNING, C. J.    It is so absolutely necessary in a criminal prosecution that there should be a plea by the accused, that if he refuses to plead, the court will order that the plea of not guilty be made for him and be entered of record.

Arraignment and plea in a prosecution for murder are so indispensable that their absence vitiates the trial.

*Judgment reversed, verdict set aside, and new trial ordered.*

## No. 6828.

### AUGUSTE REICHARD VS. F. MICHINARD ET AL.

An appeal will not be dismissed for absence from the transcript of documents which have since been supplied under a *certiorari* from this court.

An error in the date of a copied document, evidently clerical, is not material, and besides is not attributable to the appellant.

APPEAL from the Fifth District Court of New Orleans.    ROGERS, J.

*H. D. & C. G. Ogden* for Plaintiff.    *Michinard in pro. per.* Appellant.

EGAN, J., delivered the opinion denying the motion to dismiss.